UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DANIELLE WHITE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:14-CV-117 |
| | ) | |
| EAST TENNESSEE STATE | ) | |
| UNIVERSITY and STATE OF | ) | |
| TENNESSEE, | ) | |
|     Defendants. | | |

## O R D E R

This civil rights case seeking declaratory and injunctive relief is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, [Doc. 7]. The plaintiff, a convicted felon, who has applied for readmission to East Tennessee University, claims that the University and the State of Tennessee have violated a host of her constitutional rights by asking on her application if she has been convicted of a felony and requiring a background check not required of non-felons. The Magistrate Judge has found the allegations frivolous and recommends that plaintiff's complaint be dismissed. The plaintiff has objected to the Report and Recommendation, [Docs. 10, 11].

After careful and *de novo* consideration of the record as a whole and the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the plaintiff's objections are **OVERRULED**, that the Magistrate Judge's Report and Recommendation is **ADOPTED** and **APPROVED,** and that plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

1

So ordered.

ENTER:

                                                s/J. RONNIE GREER
                                     UNITED STATES DISTRICT JUDGE